■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. PATRICIA T. GALVIN, Admitted in 1982, at a Term of the Appellate Division, Second Department. [675 NYS2d 280] —The order of this Court entered on February 3, 1998 (M-6076.266) is recalled and vacated, *nunc pro tunc,* and the Opinion Per Curiam filed therewith is amended to vacate so much thereof as pertains to the above-named respondent. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 240 AD2d 106.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. GAYLEE WILLIAMS GILLIM, Also Known as GAYLEE W. GILLIM, Admitted on July 16, 1979, at a Term of the Appellate Division, First Department. [675 NYS2d 280] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 240 AD2d 106.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. SHERI LYNN GOLDBERG, Also Known as SHERI L. GOLDBERG, Admitted on June 19, 1989, at a Term of the Appellate Division, First Department. [675 NYS2d 280] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 240 AD2d 106.]

■ In the Matter of ELLIOTT H. POLLACK, a Disbarred Attorney. [675 NYS2d 281] —Motion for reinstatement deemed withdrawn without prejudice to renewal. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.